# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-1837 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Travelers Casualty and Surety Company of America

_____as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/Russell G. Hines
(signature)

Russell G. Hines                     843-720-5488
Name (printed or typed)              Voice Phone

Young Clement Rivers, LLP            843-579-1369
Firm Name (if applicable)            Fax Number

PO Box 993, Charleston, SC 29402

                                     rhines@ycrlaw.com
Address                              E-mail address (print or type)

---

## CERTIFICATE OF SERVICE

I certify that on September 2, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John L. McCants, Esq.
Rogers Lewis Jackson Mann & Quinn, LLC
PO Box 11803
Columbia, SC 29211
jmccants@rogerslewis.com

s/Russell G. Hines                                September 2, 2014
Signature                                         Date

05/07/2014
SCC