UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1837
(4:12-cv-03423-RBH)
_____

AUTO-OWNERS INSURANCE COMPANY

    Plaintiff - Appellant

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

    Defendant - Appellee

_____

**CONSENT MOTION
FOR EXTENSION OF <u>BOTH</u> APPELLEE'S AND APPELLANT'S
TIME FOR BRIEFING**

_____

    Appellee, joined by and with the express consent of Appellant, hereby moves as follows for an extension of its present response-brief deadline **and** a corresponding extension of Appellant's reply-brief deadline.

    1.    Under the briefing order entered in this case [Doc: 3], Appellee's response brief is presently due by October 31, 2014.  (Appellant's opening brief was filed on September 26, 2014 [Doc: 13].)

2. A claim specialist who is a main point of contact between Appellee and Appellee's counsel will be out of the country from October 23, 2014, through November 7, 2014.

3. Both Appellee and Appellee's counsel want this person to be involved in the preparation of Appellee's response brief; more specifically, they want this person to be available to review and offer commentary about the brief before it is finalized and submitted to the Court.

4. In light of not only the issues involved in this case, but of other work- and non-work-related time commitments of Appellee's counsel, it is not feasible for Appellee's response brief to be finalized prior to the claim specialist's departure on October 23, 2014.

5. Consequently, Appellee asks that its response-brief deadline be extended by twenty-one (21) days' time, i.e., through Friday, November 21, 2014.

6. As reflected by the signature of Appellant's counsel below, counsel for Appellee and Appellant consulted prior to the filing of this motion and Appellant does not object to the Court's grant of the relief Appellee requests herein.

7. In conjunction with this request for an extension of Appellee's response-briefing time, the parties also ask that the time for any reply brief by Appellant to be extended—from the fourteen- (14) day period set forth in the

present briefing order—to a period of twenty-eight (28) days from service of Appellee's response brief.

8. The requested extension of Appellant's reply-brief time is on account of anticipated time commitments of Appellant's counsel following November 21, which include, the Thanksgiving holiday and vacation time to be taken by support staff.

WHEREFORE, Appellee, joined by and with the express consent of Appellant, moves for the present deadline for Appellee's response brief to be extended by 21 days' time (i.e., through November 21, 2014) **and** for Appellant's deadline for any reply brief to be 28 days after service of Appellee's response brief.

WE SO MOVE:

s/Russell G. Hines
Russell G. Hines
YOUNG CLEMENT RIVERS, LLP
**Counsel for Appellee**

WE CONSENT:

s/John L. McCants
John L. McCants
ROGERS LEWIS JACKSON MANN
   & QUINN, LLC
**Counsel for Appellant**